**2013–0427. In re Application of Washington.**
This matter is pending before the court upon the report of the Board of Commissioners on Character and Fitness. On May 14, 2013, applicant, Karyn Marie Washington, filed with this court a motion to seal the board's record in this case.

Upon consideration thereof, it is ordered by the court that the motion is granted in part. The board's record in this case shall remain sealed from the public but shall be open for use by the Board of Commissioners on Character and Fitness and this court.

**2013–0438. In re Application of Kloeker.**
This matter is pending before the court upon the report of the Board of Commissioners on Character and Fitness. On May 17, 2013, applicant, Christopher Carroll Kloeker, filed with this court a motion to seal the board's record in this case and a motion to withdraw his application to register as a candidate for admission to the practice of law.

Upon consideration thereof, it is ordered by the court that the motion to seal is granted in part. The board's record in this case shall remain sealed from the public but shall be open for use by the Board of Commissioners on Character and Fitness, this court, and any other admissions entity in any jurisdiction where applicant seeks admission to practice law. The court further orders that applicant's motion to withdraw his application is denied.

# CASE ANNOUNCEMENTS
## June 19, 2013

[Cite as *06/19/2013 Case Announcements*, 2013-Ohio-2512.]

## MERIT DECISIONS WITHOUT OPINIONS

**2012–0153. State v. Sowell.**
Cuyahoga App. No. 97293. Upon consideration of the jurisdictional memoranda filed in this cause, the court accepts the appeal. The judgment of the court of appeals is vacated on the authority of *State v. Davis*, 131 Ohio St.3d 1, 2011-Ohio-5028, ¶ 22. Appellant's motion to remand this cause to the court of appeals is granted, and the cause is remanded to the court of appeals for further proceedings.

It is ordered by the court that this judgment does not affect the court's jurisdiction over case No. 2011–1921.

It is further ordered that a mandate be sent to the Court of Appeals for Cuyahoga County to carry this judgment into execution and that a copy of this entry be certified to the clerk of the Court of Appeals for Cuyahoga County for entry.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, French, and O'NEILL, JJ., concur.